February 19, 2010

Mr. Kevin Wayne Cole
Cole & Powell, P.C.
400 West 15th Street, Suite 304
Austin, TX 78701
Ms. LaNelle L. McNamara
LaNelle L. McNamara, P.C.
1921 Austin Ave.
Waco, TX 76701

RE: Case Number: 07-0485
 Court of Appeals Number: 10-03-00214-CV
 Trial Court Number: 2002-1959-3

Style: CITY OF WACO, TEXAS
 v.
 LARRY KELLEY

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Sharri |
| |Roessler |
| |Ms. Karen Matkin |
| |Mr. B. Craig |
| |Deats |
| |Mr. Marcus L. |
| |Dobbs |